**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 22-6886**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL ANTHONY MCDOWELL, a/k/a Red, a/k/a Ant,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  J. Michelle Childs, District Judge.  (6:11-cr-00589-JMC-2)

———————————

Submitted:  February 21, 2023                          Decided:  February 24, 2023

———————————

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Michael Anthony McDowell, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony McDowell appeals the district court's order denying his motion to compel the Government to file a motion for reduction of McDowell's sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. McDowell*, No. 6:11-cr-00589-JMC-2 (D.S.C. July 20, 2022). We also grant McDowell's motion to seal his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*